In the Matter of IDA JOLLES, Respondent; MORRIS WUN-
THAL, Appellant.

Argued May 20, 1940; decided June 4, 1940.

*Robert I. Rogin* for appellant.

*Robert Daru* and *Oswald Vischi* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.